■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS A. BLACK, Appellant. [803 NYS2d 912]—Appeal by the defendant from an order of the County Court, Dutchess County (Dolan, J.), dated March 31, 2004, which denied his motion pursuant to CPL 440.20 to vacate a judgment of the same court rendered February 3, 1995.

Ordered that the order is affirmed.

The defendant's contention that his sentencing as a persistent felony offender violated his constitutional right to a jury trial pursuant to *Apprendi v New Jersey* (530 US 466 [2000]), is unpreserved for appellate review and, in any event, is without merit (*see People v Rivera,* 5 NY3d 61 [2005], *cert denied* — US —, 126 S Ct 564 [Oct. 31, 2005]; *People v Rosen,* 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. H. Miller, J.P., Cozier, Ritter and Dillon, JJ., concur.